IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JERRY STRANGE, as next friend of )
JASON STRANGE, JR., a minor, and )
CANDICE STRANGE, surviving children ) No. 3-13-0308
and next-of-kin of Jason Strange, )
deceased )
)
v. )
)
CITY OF SPRINGFIELD, TENNESSEE; )
CHRISTOPHER BERRY; ANDREW )
COBB; and RICKI HEATHERLY, )
individually and in their official capacities )
as employees of the City of Springfield )

O R D E R

Counsel for the parties called the Court on July 24, 2013, at which time the following matters were addressed:

1. The parties have just been advised that the District Attorney will close his file relating to the death of the plaintiffs' decedent and that counsel will be able to review the file in the near future.

2. The July 24, 2013, deadline for the defendants to file responses to the plaintiff's complaint and for the parties to serve initial disclosures in accord with Rule 26(a)(1) of the Federal Rules of Civil Procedure is extended to August 12, 2013.

In all other respects, the orders entered May 21, 2013 (Docket Entry Nos. 15-16), remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge