IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JERRY STRANGE, et al. | ) | |
| | ) | |
| v. | ) | NO. 3:13-0308 |
| | ) | JUDGE CAMPBELL |
| CITY OF SPRINGFIELD, TN, et al. | ) | |

ORDER

The parties have filed a Stipulation of Dismissal (Docket No. 26), indicating that all matters in dispute herein have been resolved. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot.

The pretrial conference set for November 10, 2014, and the jury trial set for November 18, 2014, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                       _____
                                                                       TODD J. CAMPBELL
                                                                       UNITED STATES DISTRICT JUDGE